IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-111-5H

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : **ORDER** |
| | : |
| TYCOREY JAMAL TABORN | : |

This matter is before the court on defendant's motion for relief from prejudical joinder, DE #97. The court has reviewed the motion and the government's response. Finding the government's arguments for denial to be well-reasoned, considering the preference of the federal system for joint trials of defendants who are indicted together, Zafiro v. United States, 506 U.S. 534, 537 (1993), and finding no showing of prejudice by the defendant, this motion is DENIED. The arraignment in this matter is scheduled for Monday, August 7, 2017 at 9:30 am at the United States Courthouse in Greenville, North Carolina.

SO ORDERED, this the 2nd day of August 2017.

MALCOLM J. HOWARD
Senior United States District Judge